1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES GRAVES,                          Case No.  2:24-cv-02642-JDP (PC)

12                   Petitioner,               **ORDER**

13          v.                                 DIRECTING PETITIONER TO SUBMIT AN
                                               APPLICATION TO PROCEED *IN FORMA*
14    UNKNOWN,                                 *PAUPERIS* OR PAY THE FILING FEE AND
                                               RE-FILE A SIGNED PETITION
15                   Defendant.

16

17          Petitioner, an inmate proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*

19    affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed *in forma pauperis* or submit the appropriate filing fee.

22          Additionally, petitioner did not sign his petition.  Parties proceeding without counsel are

23    required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R.

24    Civ. P. 11(a).  Thus, the court is unable to consider petitioner's petition unless he signs and re-

25    files it.  Accordingly, petitioner is provided an opportunity to re-file his petition bearing his

26    signature.

27          In accordance with the above, IT IS HEREBY ORDERED that:

28          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. Petitioner shall re-file, within thirty days from the date of this order, a signed petition; and

3. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   October 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2