UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRAVES,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondents. | No. 2:24-cv-2642-DJC-JDP (P)<br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 29, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed May 29, 2025, are adopted in full;

    2.  This action be DISMISSED without prejudice for failure to state a claim,

failure to prosecute, and failure to comply with court orders for the reasons set forth in the March 3, 2025 order;

    3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

    4.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **July 11, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2